THE COURT
OF
CRIMINAL APPEALS
OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 05 2015

Abel Acosta, Clerk

73,707-01,04

ABEL ACOSTA, CLERK                    WR. 73-707-04

WITH ALL DUE RESPECTS TO THE HONORABLE
COURT AND YOU. MAY I "PLEASE" REQUEST FOR 2
COPYS OF CAUSE NO. WR-73-707-01 WHAT I NEED
IS THE ORDER ON REMAND TO THE TRIAL COURTS
AND 2-COPYS OF THE FINDINGS AND CONCLUSION OF
THAT COURT TR. CT. NO. A06-351. SO I MAY GET READY
TO FILE TO THE TEXAS SUPREME COURT, AS I AM
WAITING ON THIS COURT TO FILE THE MOTION FOR
RECONSIDERATION THAT I SEND ON MAY 8, 2015
MAY I PLEASE OBTAIN THE 2-COPYS OF EACH, THE
ORDER & THE FINDING AND CONCLUSION OF LAW, AND MAY
I RECIEVE NOTICE THAT THE MOTION OF RE CONSID-
ERATION WAS FILE AND PRESENTED IN CASE NO. WR-73-707-
-04, MAY YOU PLEASE SEND TO UNDERSIGN PETITIONER THAT IS
INDIGENT AND IS ACTING PRO-SE IN THIS CASE.

RESPECTFULLY
SUBMITTED

MARTIN SALINAS -PRO-SE
#1438660
ALLRED UNIT
2101 FM. 369. N
IOWAPARK, TX 76367

DATE : JUNE 1, 2015